GEORGE L. GLASS AND WIFE, PRINCESS GLASS, v. D. E. MOORE, C. C. MOORE, R. A. MOORE, T. M. MOORE, AND W. P. MOORE, TRADING AND DOING BUSINESS UNDER THE FIRM NAME AND STYLE OF D. E. MOORE & SONS.

(Filed 11 April, 1928.)

**Process—Service—Return and Proof of Service.**

> The return of process regularly showing service by the court's appropriate officer cannot be overthrown by the testimony of a single witness.

APPEAL by defendants from *Stack, J.,* at November Term, 1927, of ROCKINGHAM.   New trial.

*No counsel for plaintiffs.*
*Glidewell, Dunn & Gwyn for defendants.*

PER CURIAM.   The only question presented by this appeal: Is the testimony of a single witness sufficient to attack an officer's return of process purporting regular service?   We cannot so hold.   All the authorities are to the contrary in this jurisdiction.   See *Trust Co. v. Nowell, ante,* 449.

For the reasons given there must be a
New trial.